UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CARLOS E. CAMARENA, a/k/a<br>Salvador M. Raja, a/k/a<br>Anastacio L. Montes,<br><br>            Defendant. | No. CR-07-058-JLQ<br><br>ORDER DENYING DEFENDANT'S<br>MOTION TO MODIFY |

At the August 9, 2007, hearing on Defendant's Motion to Modify (Ct. Rec. 18), counsel Brett Billingsly appeared with Defendant; Assistant U.S. Attorney Aine Ahmed represented the United States.

The court is unable to conclude the conditions previously set should be disturbed. Accordingly, the Defendant's Motion **(Ct. Rec. 18)** is **DENIED.** The court's Order Setting Conditions of Release filed July 26, 2007, shall remain and shall constitute the conditions of Defendant's release.

**IT IS SO ORDERED**.

DATED August 9, 2007.


                        S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1