UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARLOS E. CAMARENA,<br><br>　　　　　Defendant. | No. CR-07-058-EFS<br><br>ORDER ON PLEA AND ORDER GRANTING MOTION TO MODIFY |

　　At Defendant's October 18, 2007, arraignment, Assistant U.S. Attorney Aine Ahmed appeared for the United States. Defendant was present with counsel Douglas Phelps.

　　**IT IS ORDERED** that Defendant, on his pleas of not guilty, is bound over to the United States District Court for trial.

　　**IT IS FURTHER ORDERED** that the Defendant's oral Motion to modify **(Ct. Rec. 60)** is **GRANTED.** Defendant may reside with his father-in-law. All other conditions of release shall remain.

　　DATED October 22, 2007.

　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA AND ORDER GRANTING MOTION TO MODIFY - 1